IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIARA NELSON,

    PLAINTIFF,

v.

GREAT LAKES BEHAVIORAL RESEARCH INSTITUTE INC.,

DEPARTMENT OF HUMAN SERVICES, ALLEGHENY COUNTY CHILDREN

YOUTH AND FAMILIES;

    DEFENDANTS,

2:23-CV-01742-CCW

United Stated District Judge

Christy Criswell Wiegand

**FILED**

APR 0 5 2024

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Now comes the plaintiff, Ciara Nelson, requesting entry of default judgment against the defendant, Department of Human Services Allegheny County Children Youth and Families in accordance with Federal Rule of Civil Procedure 55(a); for failure to answer or defend the complaint in the time given. Plaintiff states as follows:

The complaint was filed on October 12, 2023, the defendant was served on January 2, 2024, and an answer was due before March 4, 2024. The defendant has not responded to date.

The damages I seek are monetary, due to the professional losses I've suffered from the defendants' actions. With the awards for each allegation having different limits and ranges, I'm not sure how that is decided by the court in these situations.

However, I believe the defendant should be held accountable and penalized for the Title VI violations, fostering unfair and hostile work practices, allowing blatant racism to be exuded throughout their

organization and the poor conduct of their employees and management executives when handling wage increases.

For these reasons, I, Ciara Nelson, respectfully ask the court to enter a default judgment against the defendant, DHS Allegheny County Children Youth and Families for their failure to respond to their violations. I also ask the court to allow the case against Great Lakes to move forward. I would like to present what is required by the court to prove my allegations. Thank you.


Respectfully submitted,

Ciara Nelson

*Ciara Nelson* (signature)